# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:
ANDREW EDWARD WILLIAMS                       CASE NO. 24-20641
DEBTOR

## AMENDED
## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED, plan (ECF No. 2), filed on July 26, 2024

       1.      Provide the following documents to the Trustee as required by the Order to Debtor: a copy of certificate of title for the Mercedes.

       2.      The plan proposes to pay the claim of Santander Consumer USA secured by an interest in the Mercedes 450 GL under the provisions of section 3.2 of the plan. The contract attached to the creditor's claim suggests the final loan payment was due before the petition was filed. Despite the plan provision for the claim to be paid by trustee disbursement, Debtor budgets $781, monthly to pay this vehicle debt. Amend the plan to increase the plan payment by the expense listed for the vehicle, $781.

       3.      The IRS filed an objection to confirmation of the plan. (ECF No. 37). The objection must be resolved before the plan can be confirmed.

       4.      The plan does not meet the requirements of 11 U.S.C. §§ 1322(a)(2), 1325(a)(5) and (6). The plan requires 60 monthly payments totalling $18,000, plus a lump sum from the sale of Debtor's residence which has a scheduled value of $600,000. Even if Debtor clears the entire $600,000 from the sale of the real property, that amount combined with the monthly plan payments, $618,000, is inadequate to pay the estimated $1,583,520 that may be required to adequately fund this plan.

                                                         Beverly M. Burden, Chapter 13 Trustee

                                                         By: /s/ Cheryl E. James
                                                            Cheryl E. James,
                                                            Attorney for Trustee
                                                            P.O. Box 2204
                                                            Lexington KY  40588
                                                            859-233-1527
                                                            notices@ch13edky.com

CERTIFICATE OF SERVICE

This amended report was served via ECF on Danielle Lawrence on November 12, 2024.

    Beverly M. Burden, Chapter 13 Trustee

By: <u>/s/ Cheryl E. James</u>
    Cheryl E. James,
    Attorney for Trustee
    P.O. Box 2204
    Lexington KY 40588
    859-233-1527
    notices@ch13edky.com