# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| In re: | Case No. 24-20641 |
| Andrew Williams | Chapter 13 |
| Debtor | Judge Lutz |
| | **NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7** |

Now comes Andrew Williams, by and through counsel, and hereby gives this honorable Court notice of the voluntary conversion of this case to one under Chapter 7 pursuant to 11 U.S.C. §1307(a).

**/s/Andrew Williams**
Andrew Williams, Debtor

Respectfully submitted,

**/s/ Danielle L. Lawrence (KY 96530)**
Danielle L. Lawrence (KY 96530)
DANIELLE LAWRENCE LAW, LLC
2500 Chamber Centre Drive, Suite 300
Ft. Mitchell, KY 41017
Ph: (859) 279-2184
danielle@DLawBK.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been duly served upon the parties as listed below, in accordance with applicable Bankruptcy and Local Rules of Procedure by U.S. mail or electronic service, if so permitted as to such party, this November 25, 2024.

Beverly Burden
Chapter 13 Trustee
(via ECF)

Respectfully submitted,

**/s/ Danielle L. Lawrence (KY-96530)**
Danielle L. Lawrence (KY-96530)

U.S. Trustee
(via ECF)

All Creditors on the Matrix