United States Bankruptcy Court
Eastern District of Kentucky

In re:  
Andrew Edward Williams  
    Debtor

Case No. 24-20641-dll  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0643-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 27, 2024     Form ID: 309B     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Edward Williams, 2529 Thirs Dr., Ft Mitchell, KY 41017-1166 |
| aty | + | Anne M Smith, City of Cincinnati, 801 Plum Street, Room 224, Cincinnati, OH 45202-5704 |
| aty | + | CITY OF CINCINNATI, Law Department, 801 Plum St, Rm 224, Cincinnati, OH 45202-5704 |
| aty | + | Emily Katherine McClure, PO Box 227 Ben Franklin Station, Washington, DC 20044-0227 |
| 7217996 | + | CHARLENE NOEL, 33 DEER HAVEN CT., FLORENCE, KY 41042-3682 |
| 7246728 | + | CITY OF CINCINNATI, LAW DEPARTMENT, 801 PLUM STREET ROOM 214, CINCINNATI, OHIO 45202-5705 |
| 7217997 | + | EMILY KATHERINE MCCLURE U.S. DEPARTMENT OF JU, 227 BEN FRANKLIN STATION, P.O. BOX 227, WASHINGTON, DC 20044-0227 |
| 7218001 | + | JOHN E. LANGE, ESQ., 4 WEST 4TH STREET, FT MITCHELL, KY 41011 |
| 7218002 | + | KENTON COUNTY MASTER COMMISSIONER, 230 MADISON AVE., 8TH FLOOR, COVINGTON, KY 41011-1541 |
| 7267487 | + | Kentucky Kastles, LLC, PO Box 648, Crestwood, KY 40014-0648 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: danielle@DLawBK.com | Nov 27 2024 22:13:00 | Danielle L Lawrence, Danielle Lawrence Law, LLC, 2500 Chamber Center Dr., Suite 300, Ft. Mitchell, KY 32128 |
| tr | + | EDI: BLCKENDRICK.COM | Nov 28 2024 03:07:00 | L. Craig Kendrick, 8459 US 42, Suite F, #311, Florence, KY 41042-8351 |
| 7217995 | + | Email/Text: bky@americanprofit.net | Nov 27 2024 22:14:00 | AMERICAN PROFIT RECOVE, 34505 W 12 MILE RD STE 3, FARMINGTON HILLS, MI 48331-3258 |
| 7217998 | + | Email/Text: support@fairwaycapitalrecovery.com | Nov 27 2024 22:14:00 | FAIRWAY CAPITAL RECOVE, 4000 EXECUTIVE PARK DR S, CINCINNATI, OH 45241-4009 |
| 7217999 | | EDI: IRS.COM | Nov 28 2024 03:07:00 | IRS, PO BOX 21126, PHILADELPHIA, PA 19114 |
| 7218000 | ^ | MEBN | Nov 27 2024 22:04:54 | IRS C/O US ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, ROOM B-103, WASHINGTON, DC 20530-0001 |
| 7219572 | + | Email/Text: jenniferl.howard@ky.gov | Nov 27 2024 22:14:00 | KENTUCKY DEPARTMENT OF REVENUE, LEGAL SUPPORT BRANCH, P.O. BOX 5222, FRANKFORT, KY 40602-5222 |
| 7218003 | + | Email/Text: jenniferl.howard@ky.gov | Nov 27 2024 22:14:00 | KENTUCKY DEPT OF REVENUE, 501 HIGH ST., FRANKFORT, KY 40601-2103 |
| 7218004 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 27 2024 22:14:00 | OHIO DEPARTMENT OF TAXATION, PO BOX 182402, COLUMBUS, OH 43218-2402 |
| 7218005 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 27 2024 22:14:00 | SANTANDER CONSUMER USA, 8585 N STEMMONS FWY STE, DALLAS, TX 75247-3836 |

| | | | |
|---|---|---|---|
| 7235094 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 27 2024 22:14:00 | SANTANDER CONSUMER USA INC, P.O. BOX 560284, DALLAS, TX 75356-0284 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anne M Smith | on behalf of Attorney CITY OF CINCINNATI anne.smith@cincinnati-oh.gov |
| Beverly M. Burden | Notices@Ch13EDKY.com downloads@ch13edky.com |
| Danielle L Lawrence | on behalf of Debtor Andrew Edward Williams danielle@DLawBK.com 1726@notices.nextchapterbk.com |
| Emily Katherine McClure | on behalf of Creditor United States of America on behalf of the Internal Revenue Service emily.k.mcclure@usdoj.gov, eastern.taxcivil@usdoj.gov;jennifer.d.auchterlonie@usdoj.gov |
| L. Craig Kendrick | craigkendrick@fuse.net KY05@ecfcbis.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Andrew Edward Williams | Social Security number or ITIN: | xxx–xx–4942 |
| | First Name  Middle Name  Last Name | EIN: __–_____ | |
| Debtor 2: | | Social Security number or ITIN: ____ | |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: | Eastern District of Kentucky | Date case filed in chapter: | 13  7/26/24 |
| Case number: | 24–20641–dll | Date case converted to chapter: | 7  11/25/24 |

Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Andrew Edward Williams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2529 Thirs Dr.<br>Ft Mitchell, KY 41017 | |
| 4. | **Debtor's attorney**<br>Name and address | Danielle L Lawrence<br>Danielle Lawrence Law, LLC<br>2500 Chamber Center Dr.<br>Suite 300<br>Ft. Mitchell, KY 32128 | Contact phone 859–279–2184<br><br>Email: danielle@DLawBK.com |
| 5. | **Bankruptcy trustee**<br>Name and address | L. Craig Kendrick<br>8459 US 42<br>Suite F, #311<br>Florence, KY 41042 | Contact phone (859) 371–4321<br><br>Email: craigkendrick@fuse.net |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street Ste 200<br>Lexington, KY 40507–1430 | Hours open:<br>9:00am – 3:00pm, Monday – Friday<br><br>Contact phone (859) 233–2608<br><br>Date: 11/26/24 |

**For more information, see page 2 >**

| 7. Meeting of creditors | **January 16, 2025 at 09:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. For additional meeting information go to https://www.justice.gov/ust/moc | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 613 821 3781, and Passcode 7541355841, OR call (859)347–3035** |

| 8. | Presumption of abuse | **Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.** |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/17/25** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/3/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/27/25** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|
| 11. Liquidation of the debtor's property and payment of creditors' claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| 13. Options to Receive Notices served by the Clerk by Email Instead of by U.S. Mail | (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for Debtor Electronic Bankruptcy Noticing (DeBN) by filing a local form with the Clerk of Court. DeBN information and local form are available at kyeb.uscourts.gov/debtor–electronic–bankruptcy–noticing–debn. Both options are FREE and allows the clerk to quickly send you court–issued notices and orders by email. |