# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE                                                                                CASE NO. 24-20641

ANDREW WILLIAMS

DEBTOR

## NOTICE OF FILING: STATEMENT OF INTENT

Comes the Debtor, by and through counsel, and hereby file this Statement of Intent pursuant to the conversion of his case to one under Chapter 7.

Respectfully Submitted,

**/s/ Danielle L. Lawrence (KY-96530)**
Danielle L. Lawrence (KY-96530)
Attorney for Debtor
DANIELLE LAWRENCE LAW, LLC
2500 Chamber Centre Drive, Suite 300
Ft. Mitchell, KY 41017
Ph: (859) 279-2184
danielle@DlawBK.com

## CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this amendment was served this December 10, 2024 on the following parties affected thereby:

| | |
|---|---|
| Beverly Burden, Trustee<br>(via ECF) | Andrew Williams<br>2529 Thirs Dr.,<br>Ft. Mitchell, KY 41017 |
| US Trustee<br>(via ECF) | |

Mailing List Matrix

**/s/ Danielle L. Lawrence (KY-96530)**
Attorney for Debtor

**Fill in this information to identify your case:**

Debtor 1    Andrew Edward Williams
                 First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number
(if known)    24-20641

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Department of the Treasury<br>Description of property securing debt: 2529 Thirs Dr. | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: Santander Consumer Usa<br>Description of property securing debt: 2015 Mercedes 450 GL | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases    Will the lease be assumed?**

| Debtor | Andrew Edward Williams | Case number *(if known)* 24-20641 |
|---|---|---|

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Andrew Edward Williams
Signature of Debtor 1

✖ _____
Signature of Debtor 2

Date 12/10/2024
MM/DD/YYYY

Date 12/10/2024
MM/DD/YYYY